UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDY HICKMAN and KEVIN SELF, <br><br> Plaintiffs, <br><br> v. <br><br> PASCO POLICE DEPARTMENT, <br><br> Defendant. | CASE NO. 4:CV-14-5038-EFS <br><br> **ORDER GRANTING PLAINTIFFS' ORAL MOTION TO DISMISS, AND CLOSING FILE** |

A hearing occurred in the above-captioned matter on July 8, 2014, in Richland.  Scott Johnson appeared on behalf of Plaintiffs Randy Hickman and Kevin Self, while Andrea Clare appeared on behalf of the City of Pasco.[1]  Mr. Johnson advised the Court that Plaintiffs move to dismiss this lawsuit without prejudice.  The City of Pasco does not oppose the motion. Accordingly, pursuant to Federal Rule of Civil Procedure 41, **IT IS HEREBY ORDERED**:

1. Plaintiffs' oral motion to dismiss, **ECF No. __**, is **GRANTED.**

2. All claims are **DISMISSED WITHOUT PREJUDICE**.

---

[1] Because the named Defendant, the Pasco Police Department, is not a separate legal entity, but rather is organized under the City of Pasco ("City"), the City defends this lawsuit.

ORDER - 1

3. All pending motions, including ECF No. 3, are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  8th  day of July 2014.

                              s/Edward F. Shea
                              EDWARD F. SHEA
                     Senior United States District Judge

Q:\EFS\Civil\2014\5038.vol.dismiss.wo.prej.lc1.docx

ORDER - 2